NUMBER 13-03-565-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
INDIANA INSURANCE COMPANY,                                      Appellant,

v.

ROBERT STORY,                                                               Appellee.
____________________________________________________________________

On appeal from the 92nd District Court of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo
Opinion Per Curiam

         Appellant, INDIANA INSURANCE COMPANY, perfected an appeal from a
judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause
number C-753-02-A. After the record and briefs were filed, appellant filed a motion
to dismiss the appeal. In the motion, appellant states that this case has been resolved
and appellant no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 15th day of April, 2004.